| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Donald,, Bernice B | 2. Court or Organization<br><br>Western Tennessee | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>167 N. Main Street, #951<br><br>Memphis, TN  38103 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Memphis Foundation  (Board of Visitors) |
| 2. Member, Advisory Committee -Women's Rights Prize | Peter Gruber Foundation |
| 3. Committee Member | American Bar Association |
| 4. Board Member | American Bar Foundation |
| 5. Board Member | American Bar Journal Magazine |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2007 MAY 14 A 10: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☒ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See attached sheet. | See attached sheet |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |



# Calendar Year 2006 Travel (Certified)
# for District Judge Bernice Bouie Donald
# as of 05/08/07

| Travel Dates | Destination | Purpose | Bus Exp | Days |
|---|---|---|---|---|
| 01/07/06 to 01/08/06 | Del Mar, California | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Association | $950 | 0.0 |
| 01/19/06 to 01/21/06 | Amelia Island, Florida | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Association | $800 | 1.0 |
| 01/28/06 to 01/28/06 | New York, New York | Activity of professional assoc or civic organization<br>Privately funded by: New York State Bar | $350 | 0.0 |
| 02/08/06 to 02/12/06 | Chicago, Illinois | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Assoc | $700 | 3.0 |
| 03/16/06 to 03/17/06 | New York, New York | FJC educational seminar or program<br>Federally funded by: Federal Judicial Center | $500 | 1.0 |
| 03/22/06 to 03/24/06 | La Jolla, California | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Association | $1,000 | 2.0 |
| 04/09/06 to 04/10/06 | Washington, District of Columbia | Meeting sponsored by the AO, FJC or USSC<br>Federally funded by: Federal Judicial Center | $685 | 1.0 |
| 04/19/06 to 04/22/06 | Los Angeles, California | Activity of professional assoc or civic organization<br>Privately funded by: Self | NA | 2.0 |
| 05/18/06 to 05/20/06 | Detroit, Michigan | Circuit judicial conference<br>Federally funded by: Sixth Circuit | NA | 2.0 |
| 06/10/06 to 06/11/06 | Santa Barbara, California | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Association | NA | 0.0 |
| 08/04/06 to 08/08/06 | Honolulu, Hawaii | Activity of professional assoc or civic organization<br>Privately funded by: Bernice B. Donald | NA | 2.0 |
| 08/18/06 to 09/02/06 | Hanoi & Saigon, Vietnam | Meeting or seminar with another government entity<br>Federally funded by: USPTO | NA | 10.0 |
| 09/13/06 to 09/14/06 | Chicago, Illinois | Activity of professional assoc or civic organization<br>Privately funded by: American Bar Association | $250 | 1.0 |
| 09/21/06 to 09/24/06 | Cincinnatti, Ohio | Activity of professional assoc or civic organization<br>Privately funded by: JTBF & Bernice B. Donald | NA | 1.0 |
| 10/05/06 to 10/05/06 | Cincinnati, Ohio | Meeting of circuit judicial council or committees<br><br>Federally funded by: Sixt Circuit | $200 | 1.0 |
| 10/13/06 to 10/14/06 | Washingtobn, District of Columbia | Activity of professional assoc or civic organization<br>Privately funded by: NELA | $350 | 1.0 |
| **Totals:** | | | $5,785 | 28.0 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 Memphis, TN | B | Rent | J | W | | | | | |
| 2. Rental Property #2 Memphis, TN | B | Rent | J | W | | | | | |
| 3. Duracell/Gillette Stock | D | Dividend | J | U | | | | | |
| 4. RJR Nbisco | A | Dividend | J | T | | | | | |
| 5. VTN Stock | A | None | J | T | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| | U = Book Value | V = Other | W = Estimated | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald,, Bernice B | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

Date _5-8-2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544